Michael J. Migan, a PLC
State Bar No. 102105
600 S. Main Street, Suite 900
Orange, CA 92868-4607
(714) 543-9000
(714) 543-9909 (fax)
mjmigan@pacbell.net (e-mail)

Attorney for defendant Villa Capital, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Tsang, | Case No. CV 07-2115-VBF (FFMx) |
| Plaintiff, | JUDGE VALERIE BAKER FAIRBANK |
| v. | |
| Villa Capital, Inc. and Ress Financial Corporation, | **JUDGMENT** |
| Defendant. | Date: March 3, 2008<br>Time: 1:30 p.m.<br>Ctrm: 9<br>Judge Valerie Baker Fairbank |
| | Case filed: March 30, 2007<br>Trial date: April 22, 2008 |

This action came on for hearing before the Court on March 17, 2008, the Honorable Valerie Baker Fairbank, District Judge Presiding, on a Motion for Summary Judgment by defendant Villa Capital, Inc.; the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

1  IT IS ORDERED AND ADJUDGED that plaintiff Ronald Tsang take
2 nothing, that the action be dismissed on the merits, and that defendant Villa
3 Capital, Inc. recover its costs.

4

5  Dated: March 17, 2008  _____
6  VALERIE BAKER FAIRBANK
   Judge of the U. S. District Court

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Orange, County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 South Main Street, Suite 900, Orange, California 92868-4607.

On February 6, 2008, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:   [Proposed] **JUDGMENT**

SERVED UPON:          (See attached Service List.)

[X]  **(BY MAIL)**  I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Orange, California. I am readily familiar with the practice of the Law Office of Michael J. Migan, a PLC, for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **(BY FACSIMILE)**  The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error.  Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]  **(BY FEDERAL EXPRESS)**  I am readily familiar with the practice of the Law Office of Michael J. Migan, a PLC, for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]  **(BY PERSONAL SERVICE)**  I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on February 6, 2008 at Orange, California.

                              /s/
                    JANET L. MOLNAR

# SERVICE LIST

*Tsang vs. Villa Capital, Inc., et al.*
U.S. District Court case No. CV 07-2115-VBF (FFMx)

| SERVED ELECTRONICALLY: | SERVED BY U. S. MAIL |
|---|---|
| **COUNSEL FOR DEFT. RESS FINANCIAL CORP.:**<br>MICHAEL D MAY<br>ATTORNEY AT LAW<br>250 W FIRST ST Ste 256<br>CLAREMONT CA 91711 | **PLAINTIFF IN PRO PER:**<br>RONALD TSANG<br>P O BOX 1363<br>ARCADIA CA 91007 |